HOGAN LOVELLS US LLP
Anthony Basich (Bar No. 100224)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
anthony.basich@hoganlovells.com

Attorneys for Defendant and Counterclaimant
Studiocanal S.A.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| THE LICENSING GROUP LTD., a California Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>STUDIOCANAL S.A., a French Corporation,<br><br>             Defendant.<br><br>───────────────────────<br>STUDIOCANAL S.A., a French Corporation,<br><br>             Counterclaimant,<br><br>     v.<br><br>THE LICENSING GROUP LTD., a California Corporation,<br><br>             Counterdefendant. | Case No. 12-CV-02154 JGB (AGRx)<br><br>**JUDGMENT** |

JUDGMENT

\\LA - 083737/000038 - 1060130 v1

Pursuant to the Stipulation for Entry of Judgment filed by plaintiff and counterdefendant The Licensing Group Ltd. ("TLG") and defendant and counterclaimant Studiocanal S.A. ("Studiocanal), and in light of the Court's prior "Order Granting in Part and Denying in Part [Studiocanal's] Motion for Partial Summary Judgment," the parties' abandonment of their respective remaining claims and counterclaims, and all issues and controversies being resolved,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that:

1. TLG's First and Third Claims for Relief (for breach of contract and for declaratory relief, respectively) in its First Amended Complaint (the "FAC") are dismissed with prejudice;

2. TLG's Second Claim for Relief (for common count relief) in its FAC is dismissed as a result of TLG's prior abandonment of that claim;

3. Studiocanal shall have and recover from TLG the sum of $568,577.59 on Studiocanal's First, Second and Fifth Counterclaims (for breach of contract, breach of fiduciary duty and conversion, respectively);

4. Studiocanal's Third, Fourth and Sixth Counterclaims (for money had and received, book account and accounting, respectively) are dismissed pursuant to the stipulation of the parties;

5. As to Studiocanal's Seventh Counterclaim (for declaratory relief), it is declared that any right that TLG had to continue to receive commissions under the Representation Agreement attached as Exhibit C to the FAC was terminated as of September 26, 2011; and

6. Each party shall bear its own costs and attorneys' fees.

Dated: September 23, 2013

_____
Hon. Jesus G. Bernal
United States District Judge